# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD NICHOLS,** : | |
| Petitioner, : | |
| : | |
| v. : | Civ. No. 21-401 |
| : | |
| **SUPERINTENDENT ZAKEN, et al.** : | |
| Respondents. : | |

## ORDER

**AND NOW**, this 11th day of May, 2022, upon careful and independent consideration of Ronald Nichols' Petition for Writ of Habeas Corpus (Doc. No. 1), Respondents' Response to Petition (Doc. No. 6), Judge Sitarski's Report and Recommendation (Doc. No. 7) to which there are no objections, and available state court records, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 7) is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED with prejudice**;

3. A Certificate of Appealability shall **NOT ISSUE**. See 28 U.S.C. § 2253(c)(1)(A); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

4. The CLERK OF COURT shall **CLOSE** this action.

**AND IT IS SO ORDERED.**

_/s/ Paul S. Diamond_
Paul S. Diamond, J.